IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By ledenfield at 11:05 am, Jun 30, 2015

In the matter of:

NATASHA D. DUNCAN

Chapter 13
Case No 15-40585-LWD

Debtor(s)

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

____ Denied and the case is dismissed.

____ Denied and the case is dismissed with prejudice against refiling for 180 days.

____ Unless converted to a case under Chapter 7 within fifteen (15) days.

**X** Granted upon condition that:

____ Debtor pay $_____ by _____.

____ Debtor Pay $_____ per _____ until _____.

____ Debtor attends next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

____ Debtor makes all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within ten (10) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

**X** Debtor pay balance of filing fee by __August 21, 2015__.

____ Continued to _____ at _____ a.m. / p.m.

____ Upon payment of $_____ by _____;

____ With payments of $_____ per _____ in the interim;

____ Debtor's counsel is ordered to file a modified plan by _____;

____ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

____ Upon condition that Debtor(s) _____;
_____.

**X** Upon the failure of Debtor or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.

SO ORDERED.

_____
LAMAR W. DAVIS, JR., Judge
U S Bankruptcy Court
Southern District of Georgia

Dated __JUN 2 4 2015__

cc: Debtor
Debtor's Attorney
Chapter 13 Trustee

Jeremiah B. Gastin
Ga Bar 705768

Laura A. Grifka, For The Chapter 13 Trustee
GA Bar #312055